■ In the Matter of KARRIE B. and Others, Children Alleged to be Abused and Neglected. PAUL H., Appellant; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [617 NYS2d 663] —Appeal unanimously dismissed without costs *(see, Matter of Lisa E.,* 207 AD2d 983 [decided herewith]). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Child Abuse and Neglect.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.

■ In the Matter of STEPHEN PERICAK et al., Appellants, v JAMES P. HOOPER et al., Respondents. [617 NYS2d 247] —Order unanimously reversed on the law without costs, petition granted and designating petition validated. Memorandum: Petitioners appeal from an order of Supreme Court dismissing their petition on the ground that petitioners failed to explain the alteration of the candidate's residence from "Reed Street" to "Reed Avenue." The petition with 25 signatures is valid. The subscribing witness's failure to initial the modifications that changed petitioner Merry's address from "61 Reed Street" to "61 Reed Avenue" was inconsequential and did not mislead or confuse the signatories with respect to the identity of the candidate *(see, Matter of Ferris v Sadowski,* 45 NY2d 815; *Matter of Bachety v Canary,* 112 AD2d 1058, *lv denied* 65 NY2d 607; *Matter of Harfmann v Sachs,* 138 AD2d 551, *lv denied* 71 NY2d 803; *Matter of Brewster v Cayuga County Bd. of Elections,* 83 AD2d 983, *lv denied* 54 NY2d 603). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Sept. 7, 1994.)

■ In the Matter of HOWARD WALSH, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of Department of Correctional Services, et al., Respondents. [617 NYS2d 615] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Denman, P. J., Green, Fallon, Callahan and Boehm, JJ.